# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **JERRY DAVIS, individually as Surviving Spouse and on Behalf of the Wrongful Death Beneficiaries of Dorothy Davis, Deceased,** | ) ) ) ) ) | |
| | ) | **NO. 2:21-CV-00047** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CARTHAGE OPCO, LLC d/b/a SMITH COUNTY HEALTH AND REHABILITATION; and CLEARVIEW HEALTHCARE MANAGEMENT TN, LLC,** | ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>ORDER</u>

For the reasons stated in the Memorandum Opinion, Clearview's motion for summary judgment (Doc. No. 89) is **DENIED**.

The parties shall return to mediation with an agreed upon mediator. By no later than **Friday, Auguste 14, 2026,** the parties shall file a joint notice of their agreed upon mediation date and mediator.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE